Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice* pending)
Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Activision Blizzard, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACTIVISION BLIZZARD, INC.,<br><br>Moving Party,<br><br>v.<br><br>DANTE DEMARTINI, CURTIS BURNS JR., NICHOLAS ELDEN, JESSIE GALVAN, CHRISTOPHER JOSEPH GIDDINGS-LAFAYE, STEVE HERRERA, HUNTER JOSEPH JAKUPKO, DANIEL DERMOT ALFRED LOFTUS, BEOWULF EDWARD OWEN, and IVAN CALVO-PEREZ,<br><br>Responding Parties. | **Misc. Case No. 2:23-mc-00031**<br><br>Underlying action in United States District Court for the Northern District of California, No. 3:22-cv-08991-JSC<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT**<br><br>Fact Discovery Cutoff: TBD<br>Expert Discovery Cutoff: TBD<br>Pretrial Conference and Trial Date: TBD<br>Hearing Date: TBD |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that Activision Blizzard, Inc. hereby withdraws the document previously filed at Docket No. 8 on February 28, 2023. The document was filed under the wrong docket event and will be re-filed under the accurate docket event: Memorandum of Points and Authorities in Support filed by Movant Activision Blizzard, Inc., *Activision Blizzard Inc.'s Supplemental Memorandum in Support of its Motion to Quash Re: MISC – Motion Related to Subpoena from Another District [1]*.

DATED: February 28, 2023     By: /s/ *Caroline Van Ness*

Caroline Van Ness (SBN 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
Email: caroline.vanness@skadden.com

Steven C. Sunshine (*pro hac vice* pending)
Julia K. York (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com
Email: julia.york@skadden.com

*Attorneys for Activision Blizzard, Inc.*

**NOTICE OF WITHDRAWAL**